DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE FELICIANO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:08-cr-00300 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; ORDER |
| v. ) | |
| ) | |
| JOSE FELICIANO SANCHEZ, ) | DATE: October 20, 2008 |
| ) | TIME : 9:00 a.m. |
| Defendant. ) | DEPT : Hon. Anthony W. Ishii |
| ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Status Conference in the above-captioned matter, now scheduled for October 6, 2008, **may be continued to October 20, 2008, at 9:00 a.m.**

    The reason for this continuance is to allow counsel for defendant time to review discovery with defendant. Plea negotiations are ongoing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        MCGREGOR W. SCOTT
        United States Attorney

DATED: October 2, 2008        /s/ Kimberly A. Sanchez
        KIMBERLY A. SANCHEZ
        Assistant U.S. Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: October 2, 2008        /s/ Douglas J. Beevers
        DOUGLAS J. BEEVERS
        Assistant Federal Defender
        Attorney for Defendant
        JOSE FELICIANO SANCHEZ

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 2, 2008**        /s/ Anthony W. Ishii
        CHIEF UNITED STATES DISTRICT JUDGE