FILED

OCT 03 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE FELICIANO SANCHEZ

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,        ) No. 1:08-cr-00300 AWI
                                    )
12              Plaintiff,          ) STIPULATION TO CONTINUE STATUS
                                    ) CONFERENCE; [PROPOSED] ORDER
13       v.                         )
                                    )
14 JOSE FELICIANO SANCHEZ,          ) DATE: October 20, 2008
                                    ) TIME : 9:00 a.m.
15              Defendant.          ) DEPT : Hon. Anthony W. Ishii
                                    )
16 _____

17       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

18 counsel of record herein, that the Status Conference in the above-captioned matter, now scheduled for

19 October 6, 2008, **may be continued to October 20, 2008, at 9:00 a.m.**

20       The reason for this continuance is to allow counsel for defendant time to review discovery with

21 defendant. Plea negotiations are ongoing.   The requested continuance will conserve time and resources

22 for both counsel and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3 3161(h)(8)(B)(i) and (iv).

                                  MCGREGOR W. SCOTT
                                  United States Attorney

DATED: October 2, 2008           /s/ Kimberly A. Sanchez
                                  KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: October 2, 2008           /s/ Douglas J. Beevers
                                  DOUGLAS J. BEEVERS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE FELICIANO SANCHEZ

## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: October _3_, 2008

                                  ANTHONY W. ISHII, Judge
                                  United States District Court