DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE FELICIANO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:08-cr-00300 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| JOSE FELICIANO SANCHEZ, | DATE: March 30, 2009<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the sentencing hearing currently set for February 9, 2009, shall be continued to **March 30, 2009 at 9:00 a.m.**

This continuance is requested by counsel for the defendant because there was a delay in scheduling an interpreter over the holiday season.

///
///
///
///
///
///
///

1   The parties agree that the delay resulting from the continuance of sentencing shall be excluded in
2   the interests of justice. All terms and conditions of release shall remain in full force and effect.

3
4                                         LAWRENCE BROWN
                                          Acting United States Attorney
5
6   DATED: January 14, 2009         By /s/ Kimberly A. Sanchez
                                          KIMBERLY A. SANCHEZ
7                                         Assistant United States Attorney
                                          Attorney for Plaintiff
8
9                                         DANIEL J. BRODERICK
                                          Federal Defender
10
11  DATED: January 14, 2009         By /s/ Douglas J. Beevers
                                          DOUGLAS J. BEEVERS
12                                        Assistant Federal Defender
                                          Attorney for Jose Feliciano Sanchez
13
14
15
16
17                                  **ORDER**
18  IT IS SO ORDERED.
19  **Dated:   January 16, 2009**            /s/ **Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

Stipulation to Continue Sentencing
Hearing; [Proposed] Order                    2