DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE FELICIANO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00300 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING; |
| | ) | ORDER |
| v. | ) | |
| | ) | DATE:     April 13, 2009 |
| JOSE FELICIANO SANCHEZ, | ) | TIME:     9:00 a.m. |
| | ) | JUDGE:    Hon. Anthony W. Ishii |
| Defendants. | ) | |
| | ) | |
| ————————————————— | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

counsel, that the sentencing hearing currently set for March 30, 2009, shall be continued to **April 13, 2009**

**at 9:00 a.m.,** and that the due date for formal objections be continued to March 30, 2009.

This continuance is requested by defense counsel to permit receipt and review of the plea

transcripts in order to complete and file formal objections.

///

///

///

///

///

///

The parties agree that the delay resulting from the continuance of sentencing shall be excluded in the interests of justice. All terms and conditions of release shall remain in full force and effect.

LAWRENCE BROWN
Acting United States Attorney

DATED: March 23, 2009                 By /s/ Marlon Cobar
                                         MARLON COBAR
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED: March 23, 2009                 By /s/ Douglas J. Beevers
                                         DOUGLAS J. BEEVERS
                                         Assistant Federal Defender
                                         Attorney for Jose Feliciano Sanchez

## ORDER

IT IS SO ORDERED.

**Dated:     March 24, 2009**          /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE